# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUTTON, et al.,<br><br>　　　　　Defendants. | **1:20-cv-00983 AWI-GSA-PC**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED ON SEPTEMBER 21, 2021 (ECF No. 14.)** |

Isaiah Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On September 21, 2021, the court issued an order to show cause requiring Plaintiff to file a response to the order within thirty days, showing cause why this case should not be dismissed for failure to exhaust administrative remedies, as apparent on the face of the complaint. (ECF No. 14.)  On October 5, 2021, Plaintiff filed a response to the court's order. (ECF No. 15.) Therefore, the order to show cause shall be discharged.

Accordingly, **IT IS HEREBY ORDERED** that the court's order to show cause, issued on September 21, 2021, is DISCHARGED.

IT IS SO ORDERED.

　　Dated: __October 6, 2021__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE