# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SUTTON, et al.,<br><br>    Defendants. | 1:20-cv-00983 AWI-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS M. STURGES, O. NAVARRO, AND J. CORNEJO FOR USE OF EXCESSIVE FORCE, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED**<br><br>**OBJECTIONS, IF ANY, DUE IN 14 DAYS** |

Isaiah Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On July 16, 2020, Plaintiff filed the Complaint commencing this action. 28 U.S.C. § 1915. (ECF No. 1.)

The Complaint names as defendants John Sutton (Warden), M. Sturges (ISU Officer), O. Navarro (ISU Officer), J. Cornejo (ISU Officer), and F. Feliciano (Appeals Coordinator) (collectively, "Defendants"), and brings claims for sexual assault, unlawful strip search, harassment, excessive force, and improper prison appeals process. (Id.)

The court screened the Complaint and found that it states cognizable claims against defendants M. Sturges, O. Navarro, and J. Cornejo for use of excessive force in violation of the Eighth Amendment, but no other claims against any of the Defendants. (ECF No. 17.) On October 13, 2021, the court issued a screening order requiring Plaintiff to either (1) file an amended complaint, or (2) notify the court that he is willing to proceed only with the claims found cognizable by the court. (Id.)

On November 5, 2021, Plaintiff notified the court that he does not wish to file an amended complaint and is willing to proceed only with the claims found cognizable by the court. (ECF No. 18.)

Based on the foregoing, it is **HEREBY RECOMMENDED** that:

1. This action proceed only against defendants M. Sturges, O. Navarro, and J. Cornejo for use of excessive force in violation of the Eighth Amendment;
2. All remaining claims and defendants be dismissed from this action;
3. Plaintiff's claims for sexual assault, unlawful strip search, harassment, and improper prison appeals process be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted;
4. Defendants John Sutton (Warden) and F. Feliciano (Appeals Coordinator) be dismissed from this action based on Plaintiff's failure to state any claims against them upon which relief may be granted; and
5. This case be referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **November 9, 2021**              **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE