# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH WASHINGTON,<br><br>            Plaintiff,<br><br>    v.<br><br>SUTTON, et al.,<br><br>            Defendants. | **1:20-cv-00983 AWI-GSA-PC**<br><br>**ORDER FOR PLAINTIFF TO NOTIFY THE COURT WHETHER:**<br><br>**(1) HE IS WILLING TO PROCEED WITH THE EXCESSIVE FORCE CLAIMS FOUND COGNIZABLE BY THE COURT,**<br><br>**OR**<br><br>**(2) HE OBJECTS TO THE FINDINGS AND RECOMMENDATIONS AND WISHES TO FILE AN AMENDED COMPLAINT**<br><br>**TWENTY-DAY DEADLINE TO NOTIFY THE COURT** |

Isaiah Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On July 16, 2020, Plaintiff filed the Complaint commencing this action. 28 U.S.C. § 1915. (ECF No. 1.)

The court screened the Complaint on October 13, 2021 and found that it states cognizable claims against defendants M. Sturges, O. Navarro, and J. Cornejo for use of excessive force in violation of the Eighth Amendment, but no other claims against any of the Defendants. (ECF No. 17.) The court issued a screening order requiring Plaintiff to either: (1) file an amended

1

complaint; or, (2) notify the court that he is willing to proceed only with the claims found cognizable by the court. (Id.)  On November 9, 2021, Plaintiff notified the court that he is willing to proceed only with the excessive force claims found cognizable by the court, that he does not wish to file an amended complaint. (ECF No. 18.)

On November 9, 2021, the court issued findings and recommendations, recommending that this case proceed only with the excessive force claims against Defendants M. Sturges (ISU Officer), O. Navarro (ISU Officer), and J. Cornejo (ISU Officer), dismissing all other claims and defendants. (ECF No. 19.)  On November 29, 2021, Plaintiff filed objections to the findings and recommendations. (ECF No. 20.)

It is not clear from Plaintiff's objections whether he is willing to proceed only with the cognizable excessive force claims.  In the objections Plaintiff discusses claims for sexual assault and invasion of privacy by Defendants, supervisory liability by John Sudden (Warden of Wasco State Prison), and improper appeals process by F. Feliciano (Appeals Coordinator).  If Plaintiff wishes to proceed with all of these claims and defendants he must file an amended complaint.

Within 20 days, Plaintiff is required to respond to this order and notify the court of his intentions in this case.  Plaintiff has 2 choices: (1) file an amended complaint, or (2) notify the court that he is willing to proceed only with the excessive force claims against Defendants M. Sturges, O. Navarro, and J. Cornejo.  Plaintiff must make a choice between these 2 options and notify the court of his decision so that this case can proceed.

Based on the foregoing, it is **HEREBY ORDERED** that:

1. Within 20 days from the date of service of this order, Plaintiff is required to respond to this order notifying the court whether:

    (1) he objects to the findings and recommendations and wishes to file an amended complaint, or

    (2) he is willing to proceed only with the excessive force claims against Defendants M. Sturges (ISU Officer), O. Navarro (ISU Officer), and J. Cornejo (ISU Officer) found cognizable by the court, dismissing all other claims and defendants;

2. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed in its entirety.

IT IS SO ORDERED.

Dated: __December 2, 2021__                             __/s/ Gary S. Austin__
                                                 UNITED STATES MAGISTRATE JUDGE