# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>SUTTON, et al.,<br><br>   Defendants. | **1:20-cv-0983-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 19.)**<br><br>**ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS M. STURGES, O. NAVARRO, AND J. CORNEJO FOR USE OF EXCESSIVE FORCE, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS** |

Isaiah Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On November 9, 2021, the Magistrate Judge issued findings and recommendations, recommending that this case proceed only against Defendants M. Sturges, O. Navarro, and J. Cornejo for use of excessive force, and that all other claims and defendants be dismissed. (ECF No. 19.)

On November 29, 2021, Plaintiff filed objections to the findings and recommendations. (ECF No. 20.) It was unclear in Plaintiff's objections whether Plaintiff now sought to proceed with claims other than those found cognizable by the court. On December 3, 2021, the court

1

issued an order requiring Plaintiff to respond and clarify whether he wishes to (1) to file an amended complaint or (2) proceed only with the cognizable excessive force claims. (ECF No. 21.) On December 17, 2021, Plaintiff responded and notified the court that he is willing to proceed only with the excessive force claims found cognizable by the court. (ECF No. 23.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on November 9, 2021, are adopted in full;
2. This action now proceeds only against defendants M. Sturges, O. Navarro, and J. Cornejo for use of excessive force in violation of the Eighth Amendment;
3. All remaining claims and defendants are dismissed from this action;
4. Plaintiff's claims for sexual assault, unlawful strip search, harassment, and improper prison appeals process are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted;
5. Defendants John Sutton (Warden) and F. Feliciano (Appeals Coordinator) are dismissed from this action based on Plaintiff's failure to state any claims against them upon which relief may be granted; and
6. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:   December 30, 2021                    _____
                                                                SENIOR DISTRICT JUDGE