# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>SUTTON, et al.,<br><br>   Defendants. | 1:20-cv-00983-AWI-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS**<br><br>**(ECF No. 86.)** |

Isaiah Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds against Defendants M. Sturges, O. Navarro, and J. Cornejo ("Defendants") for use of excessive force in violation of the Eighth Amendment. (ECF No. 1.) [1]

---

[1] On January 3, 2022, the Court issued an order for this case to proceed only with Plaintiff's excessive force claims against defendants Sturges, Navarro, and Cornejo, and dismissing all other claims and defendants. (ECF No. 25.)

1

On October 7, 2022, Defendants filed a motion for summary judgment. (ECF No. 45.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. If Plaintiff fails to comply with this order this action may be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

Dated: **January 6, 2023**         /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE