# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>SUTTON, et al.,<br><br>        Defendants. | **1:20-cv-00983-JLT-GSA-PC**<br><br>**ORDER FOR PARTIES TO SUBMIT DOCUMENTARY EVIDENCE IF AVAILABLE**<br><br>**DEADLINE: <u>AUGUST 10, 2023</u>** |

## I. BACKGROUND

Isaiah Washington ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds against Defendants M. Sturges, O. Navarro, and J. Cornejo (collectively, "Defendants") for use of excessive force. (ECF No. 25.)

On October 7, 2022, Defendants filed a motion for summary judgment based on Plaintiff's alleged failure to exhaust administrative remedies. (ECF No. 45.) On January 23, 2023, Plaintiff filed an opposition to the motion (ECF No. 48), and on February 6, 2023, Defendants filed a reply to the opposition (ECF No. 49).

## II. DISCUSSION

By this order, the Court shall request the parties to provide documentary evidence they may have either in their possession or have access to, to assist the Court with the adjudication of the pending motion for summary judgment.

### A.    Document - CDCR's Decision Cancelling Plaintiff's First Appeal

Plaintiff submitted evidence that on February 7, 2020, he submitted a prison appeal ("**First Appeal**") Log no. WSP-A-20-00731, titled "Harassment and Staff Misconduct" addressing an incident allegedly occurring at Wasco State Prison on September 23, 2019. There is an indication that this appeal was "Cancelled" on February 18, 2020. (ECF No. 48 at 39-40.)

However, the Court does not have a copy of CDCR's official written decision which cancelled the **First Appeal**.[1] The parties are requested to provide the Court with a copy of this decision.

### B.    Evidence that Plaintiff Appealed the Cancellation of the First Appeal

At issue in the pending motion for summary judgment is whether Plaintiff appealed the cancellation of the **First Appeal**. Defendants have submitted Plaintiff's deposition testimony dated August 12, 2022, in which Plaintiff claims he submitted a separate 602 appeal appealing the cancellation of his first appeal but never heard back. (ECF No. 45-2 at 9-10 (Depo. 26:10-27:25)). The Court also has a copy of the CDCR's official decision (RE: "Screening at the SECOND level") dated May 12, 2020, in which the CCII Specialist F. Feliciano states that Plaintiff "did not appeal the cancellation of the [**First**] appeal." (ECF No. 48 at 34.)

The parties are requested to provide the Court with any other documentation the parties may have regarding whether Plaintiff appealed the cancellation of his **First Appeal**.

### III.   CONCLUSION

---

[1] Plaintiff also submitted evidence that on May 7, 2020, he submitted a second appeal ("**Second Appeal**") that was also assigned Log no. WSP-A-20-00731 titled "Sexual Assault" addressing the September 23, 2023 incident, which was "Rejected" on May 12, 2020. (ECF No. 48 at 35-36.) The Court has a copy of the CDCR's May 12, 2020 official decision explaining that the **Second Appeal** was rejected as duplicative of the **First Appeal**, which was cancelled "based on time constraints for filing an appeal." (See ECF No. 48 at 34.)

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The parties shall provide the Court with evidence they may have, including:

    (1) a copy of the CDCR's official written decision on Plaintiff's **First Appeal**; and

    (2) any documentation the parties may have regarding whether Plaintiff appealed the cancellation of his **First Appeal**.

IT IS SO ORDERED.

Dated:   **July 21, 2023**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE